# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG ALLEN RODGERS,
              Appellant,

vs.

WILLIAM HUTCHINGS, WARDEN;
STEVEN B. WOLFSON, DISTRICT
ATTORNEY; AND THE STATE OF
NEVADA,

              Respondents.

No. 82108

FILED

DEC 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for appointment of counsel and request for evidentiary hearing. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for appointment of counsel and request for evidentiary hearing, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

                                 _____, J.
                                 Parraguirre

_____, J.              _____, J.
Hardesty                                 Cadish

cc:    Hon. Susan Johnson, District Judge
Craig Allen Rodgers
Attorney General/Carson City
Eighth District Court Clerk